No. 839. CONTINENTAL OIL CO. *v.* UNITED STATES. May 17, 1937. Motion to remand denied. The petition for writ of certiorari to the Court of Claims is also denied. *Mr. Arthur B. Hyman* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. J. Louis Monarch* for the United States.

No. 846. SABINE HARDWOOD CO., LTD. *v.* HOUSTON OIL CO. ET AL. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. D. Gordon* for petitioner. No appearance for respondents.

No. 851. YOUNG *v.* NEW YORK, N. H. & H. R. CO. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas J. O'Neill* for petitioner. *Mr. Edward R. Brumley* for respondent.

No. 852. STRECKFUS STEAMERS, INC. *v.* SHUTTLEWORTH. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. C. W. Strickling* for petitioner. *Mr. A. A. Lilly* for respondent.

Nos. 863 and 864. BENEDICT *v.* SAVINGS INVESTMENT & TRUST CO., TRUSTEE. May 17, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James S. Hays* for petitioner. *Mr. Benjamin P. DeWitt* for respondent.